CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BARRY ROSEN, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-01940-MMM(SHx) |
| v. | |
| THE SERVINT CORPORATION | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/7/10 | 10 | ANSWER AND COUNTERCLAIM |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by MAY 14, 2010.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Civil Case Initiating Documents. Complaints (such as third-party complaints, amended complaints, complaints in intervention, counterclaims and cross-claims) and other civil case initiating documents shall be filed,...and summons issued and served in the traditional manner rather than electronically.

Clerk, U.S. District Court

Dated: 5/11/10         By: _[signature]_
                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge