JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE SERVINT CORPORATION, ET AL.,<br><br>　　　　Defendants. | CASE NO. CV 10-01940-MMM(SHx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: August 2, 2010

　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE